IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | NO. 4:12CR16 |
| | § | Judge Schell |
| RENE CORTEZ SALAZAR (1) | § | |
| TREY RAYMOND TIBBS (2) | § | |
| TASKA PATRICE GRAHAM (3) | § | |
| JOEY SCOTT TREVATHAN (4) | § | |
| MELINDA MINDY MARSHALL (5) | § | |
| BRENT ALAN ASKEW (6) | § | |
| JASON THEODORE HOOPER (7) | § | |
| LARRY TYRONE ADAMS (8) | § | |
| BRIAN KEITH MCMENAMY (9) | § | |
| SHANNON RENEE ASKEW (10) | § | |
| MELVIN C. BOWEN (11) | § | |
| MELISSA RENEE STEWART (12) | § | |
| DANIEL GEORGE JENSON (13) | § | |
| TIMOTHY LEDON BOWEN (14) | § | |
| MANUEL MICHAEL CAMACHO (15) | § | |
| MALCOM CODY CONYERS (16) | § | |
| ANDREA REEVES (17) | § | |
| LORENE VALADEZ (18) | § | |
| FERNANDO PERALES (19) | § | |
| a.k.a. "Dog" | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Richard A. Schell to whom the following related case is assigned:

**United States v. Kenneth House, et al, cause number 4:11cr193**

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this the 9th day of March, 2012.

                                            Respectfully submitted,

                                            JOHN M. BALES
                                            United States Attorney

                                            _____
                                            ERNEST GONZALEZ
                                            Assistant United States Attorney
                                            101 E. Park Blvd., Suite 500
                                            Plano, Texas 75074
                                            Telephone: 972/509-1201
                                            Facsimile: 972/509-1209