| | |
|---|---|
| DATE | 4/9/12 |
| LOCATION | Plano |
| JUDGE | Don D Bush |
| DEPUTY CLERK | Toya McEwen |
| COURT REPORTER: | Digital Recording |

CASE NUMBER 4:12cr16 RAS/DDB
USA Ernest Gonzalez ____ Assigned
V Ernest Gonzalez ____ Appeared

Brian Keith McMenamy (9)
Defendant
_____
Attorney

INTERPRETER: _____
USPO: _____
BEGIN: 10:45am

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 9 2012
By DAVID J. MALAND, CLERK
_____ DEPUTY

☑ INIT APPEARANCE on Indictment
☐ ARRAIGNMENT

☑ Hearing Held  ☐ Hearing Called  ☐ Defendant Sworn  ☐ Interpreter Sworn

☐ Dft appears on Indictment: ☐ with ☑ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft

☑ Date of arrest: Writ _____ (In another district & case #) _____
☑ Dft ☑ advised of charges  ☐ advised of maximum penalties  ☐ advised of right to remain silent;
    ☑ advised of right to counsel  ☑ received copy of indictment

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)
  Attorney: _____
☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☑ Dft Requests appointed counsel, is sworn & examined re: financial status.
☑ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑ To be _____ appointed  ☐ U.S. Pub Defender _____ appointed
☐ Govt motion for detention ☐ Govt oral motion for continuance  ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing  ☐ Oral Order granting ☐ Oral Order denying
☑ Detention Hrg set Wed 4-11-12 @ 10:30 am
☑ Arraignment set Wed 4-11-12 @ 10:30 am
☐ Order setting conditions of release  ☐ Bond executed, dft released;
☐ Dft ordered to answer in prosecuting district
☐ Dft signed Waiver of Detention Hearing  ☐ Dft ordered removed to Originating District
☑ Defendant remanded to custody of U.S. Marshal.
☐ Dft failed to appear,  ☐ oral order for arrest warrant;  ☐ bond forfeited

## ARRAIGNMENT

☐ Arraignment held.  ☐ Arraignment called.  ☐ Arraignment reset: _____

☐ Dft ☐ sworn
     ☐ received copy of charges  ☐ discussed charges with counsel  ☐ charges read
     ☐ waived reading of charges

Dft enters a plea of: ☐ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser
to counts: ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

CRIM 92-116     ☐ See reverse/attached for additional proceedings     10:47 Adjourn