| | | |
|---|---|---|
| DATE: 9/6/13 | CASE NUMBER 4:12cr16(9) | |
| LOCATION Plano | USA Ernest Gonzalez | Assigned |
| JUDGE RICHARD SCHELL | VS Ernest Gonzalez | Appeared |
| DEPUTY CLERK B Sanford | | |
| RPTR/ECRO Jerry Kelley | | |
| TAPE # B E | BRIAN KEITH MCMENAMY | |
| USPO Sherry Smith | Defendant | |
| INTERPRETER: | Garland Cardwell | |
| BEGIN 3:17 pm / 3:37 pm | Attorney | |

## SENTENCING

X . . . . . . Sentencing held

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 180 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

-The court recommends residential drug treatment while incarcerated.
-The court recommends FCI Texarkana.
-The court recommends the defendant receive his GED while incarcerated.

-The defendant shall receive credit for any time served in the Texas Department of Criminal Justice on Case Nos. 057523 and 058289 imposed in the 59th Judicial District Court of Grayson County, pursuant to USSG 5G1.3(b). The sentence for the instant offense shall run concurrently to the remainder of the undischarged terms of imprisonment for the same cases.

-Govt's motion to dismiss remaining counts granted.

X . . . . . . **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**    ☐ See reverse/attached for additional proceedings
_____ Adjourn